# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL SCOTT, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) **Case No.: 1:13-cv-599-UNA** |
| | ) |
| WELTMAN, WEINBERG & REIS CO., L.P.A., | ) |
| | ) |
| Defendant | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: July 11, 2013

BY: */s/W. Christopher Componovo*
W. Christopher Componovo, Esquire
Attorney ID # 3234
Kimmel & Silverman, P.C.
Silverside Carr Executive Center
Suite 118, 501 Silverside Road
Wilmington, DE 19809
Phone: (302) 791-9373
Facsimile: (302) 791-9476
Attorney for Plaintiff